In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00367-CR**

_____

**GARY PAIGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 18-28520**

**MEMORANDUM OPINION**

On August 27, 2018, the trial court sentenced Gary Paige on a conviction for possession of marijuana. Paige filed a notice of appeal on September 13, 2018. The trial court signed a certification in which the court certified that this is a plea-bargain case and the defendant has no right of appeal, and the defendant has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On September 21, 2018, we notified the parties that we would dismiss the appeal unless the appellant established grounds

1

for continuing the appeal. No response has been filed. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on October 23, 2018
Opinion Delivered October 24, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2